UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

DENNIS L. ALEXANDER, JENNETTE L.
ALEXANDER, MEDICARE PART A AND B,
ZURICH AMERICAN INSURANCE COMPANY,
and BLUE CROSS BLUE SHIELD OF MISSISSIPPI,

      Plaintiffs,                    **Case No. 20CV00673**

vs.

UNITED STATES OF AMERICA,
TRAVELERS CASUALTY AND SURETY COMPANY,
and DANIELLE Y. WILDER,

      Defendants.

---

## STIPULATION AND ORDER FOR PARTIAL DISMISSAL

---

The above-captioned parties, by their respective counsel, hereby stipulate and agree that this action may be dismissed against Danielle Y. Wilder and Travelers Casualty and Surety Company with prejudice, upon its merits, and without costs to any party.

Dated: _9-17-21_

HURT AT WORK LAW, S.C.

James W. McCann
State Bar No. 1017889
Attorney for Plaintiffs Dennis L. Alexander
and Jennette L. Alexander

Dated: **5-17-21**

MATTHEW D. KRUEGER
United States Attorney

Christian R. Larsen
State Bar No. 1005336
Attorney for defendant United States of
America

Dated: _____

WEISS LAW OFFICE S.C.

_____
Monte E. Weiss
State Bar No. 1001339
Attorney for Zurich American Insurance
Company

Dated _____

CHAPIN & ASSOCIATES

_____
Stephen W. Pasholk
State Bar No. 1019346
Attorney for defendants Danielle Y. Wilder
and Travelers Casualty and Surety Company

Dated: _____                MATTHEW D. KRUEGER
                                        United States Attorney


                                        _____
                                        Christian R. Larsen
                                        State Bar No. 1005336
                                        Attorney for defendant United States of
                                        America



Dated: ___10/5/21_____                 WEISS LAW OFFICE S.C.


                                        __s//Monte E. Weiss___
                                        Monte E. Weiss
                                        State Bar No. 1001339
                                        Attorney for Zurich American Insurance
                                        Company




Dated ____10/5/21___                    CHAPIN & ASSOCIATES


                                        _____
                                        Stephen W. Pasholk
                                        State Bar No. 1019346
                                        Attorney for defendants Danielle Y. Wilder
                                        and Travelers Casualty and Surety Company